Michael D. Allen T-55834
Name and Prisoner/Booking Number

C.S.P-Sacramento
Place of Confinement

P.o. Box 290066
Mailing Address

Represa, Ca 95671
City, State, Zip Code

FILED
MAY 30 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Dewayne Allen,
(Full Name of Plaintiff)              Plaintiff,

v.

(1) LT. B. Jones
(Full Name of Defendant)

(2) Sgt. B. Cross

(3) Deleon

(4) Callahand

                              Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17-cv-01144-KSN (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred:  C.S.P-Sacramento              .

Revised 3/15/2016                                   1

Michael D. Allen T-55834
<small>Name and Prisoner/Booking Number</small>

C.S.P - Sacramento
<small>Place of Confinement</small>

P.o. Box 290066
<small>Mailing Address</small>

Represa, Ca 95671
<small>City, State, Zip Code</small>

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Dewayne Allen,
<small>(Full Name of Plaintiff)</small>           Plaintiff,

v.

(1) Tinkerson
<small>(Full Name of Defendant)</small>

(2) Sacay

(3) YBarra

(4) _____
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

CASE NO. _____
<small>(To be supplied by the Clerk)</small>

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: C.S.P - Sacramento .

## B. DEFENDANTS

1.  Name of first Defendant: B. Jones . The first Defendant is employed as:
    Lieutenant at C.S.P-Sacramento .
    (Position and Title)          (Institution)

2.  Name of second Defendant: B. Cross . The second Defendant is employed as:
    Sergeant at C.S.P-Sacramento .
    (Position and Title)          (Institution)

3.  Name of third Defendant: Deleon . The third Defendant is employed as:
    Corrections officer at C.S.P-Sacramento .
    (Position and Title)          (Institution)

4.  Name of fourth Defendant: Callahand . The fourth Defendant is employed as:
    Corrections officer at C.S.P-Sacramento .
    (Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2.  If yes, how many lawsuits have you filed? 1 . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: Michael Allen v. Roberds et, al.,
        2.  Court and case number: U.S.D.C. # 2:16-CV-02663-JAM-CKD
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Is Still Pending.
        _____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment right to Medical care.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [x] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-20-13 Officers Callahand, Deleon, Jinkerson, Sacay performed a cell extraction, and pepper sprayed me, then lied on their reports, and said they did not spray me, then they refused to get me medical attention, and let me decontaminated to wash off the pepper spray, and burst my right ear perminitely damaging my hearing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My right ear suffered hearing loss,

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim I? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: DUe process 14th - Amendment

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☒ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
    - ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
    - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    Neither officers Callahand, Deleon, Sacay, Ybarra, cross, Jones, Jinkerson let me decontaminate after they witnessed me be pepper sprayed which is due process any time an inmate is pepper sprayed.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    Constant Burning from the pepper spray being left on my body over night.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?   ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____

    _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities           ☐ Mail                ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property            ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                                    ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?                 ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?        ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking: Nominal damages, in the form of $25,000 from each defendant, compensatory, damages in the form of $100,000 from each defendant, Punitive damages in the form of $200,000 from each defendant, and (PLRA) damages of $500,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _5-25-17_
         DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Michael Allen T-55834
P.O. Box 290066
Represa, Ca 95671

In the United States District Court
Eastern District of California

Michael Allen
   Plantiff,

V.

LT. B. Jones et al.,
   Defendants

Case No. _____

Civil Complaint

(42 U.S.C 1983

Demand For Jury Trial

1,

# I.

## Introduction

This is a civil rights complant for Declaratory judgement, and monetary relief for the blantant lies, and violations made by defendants who knew the plantiff was "Catatonic, and phychotic", and disregarded his mental disability. The defendants pepper sprayed the plantiff while in a catonic state, refused to decontaminate him, and then wrote false reports claiming not to have used pepper spray, which was cruel & unusaul punishment, excessive force also.

# II.

## Jurisdiction And Venue

1) This is a civil rights complaint under 42 U.S.C. 1983 to redress the deprivation under the color of state law of rights, privileges, and immunities guaranteed by the 8th Amendment of the United States Constitution. This court has Jurisdiction Prusuant to U.S.C. 1331 and 1343.

2) Venue is proper in the Eastern District of California under 28 U.S.C. 1391(b)(2) because a substantial part of the events giving rise to the claims occurred at C.S.P-Sac, in the Eastern District of California

## III.

## Parties

3.)

Plaintiff Michael Allen is currently incarcerated at C.S.P-Sac, and was at all times relevant to the civil action.

4) Defendants Lt. B.Jones, Sgt B.cross C.O. Deleon, C.O. Callahand, C.O. Jinkerson, C.O. Sacay, and C.O. YBarra were at all times relevant to this civil action Employed with the Dept. of Corr, and Rehabilitation. as Corrections officers at the C.S.P-Sac facility, and they are being sued in their individual Capacities.

## IV.

## Factual Allegations

1) Plantiff has a history of suffering from a Mental disorder/Illness.

2) Because of his Mental Illness he was, and has been a participant in the Enhanced Out-Patient Program (E.O.P) at C.S.P-Sac during the events that resulted in this civil Action.

3) The E.O.P program is for those to recieve "Treatment" for their Mental Illness/Disorder

by qualified Psychiatric Staff.

4) On 5-23-13 the defendants performed a cell extraction which they used pepper spray on the plantiff.

5) The defendants did not remove the plantiff from his cell to be decontaminated which is standard policy in C.D.C.R.

6) Each defendant wrote a report on the incident, and each lied that they did not use pepper spray.

6) The doctor wrote in the report that the plantiff was pepper sprayed.

## V.

## Cause of Action

## First Cause of Action

All and each defendant named in this Civil Rights Complaint has violated Plantiff's Civil Rights by imposing Cruel, and unusal treatment, and Conditions, and imposing Arbitrary Punishment upon him violating the 8th Amendment of the United States Constitution Subjecting Plantiff to "Physical Abuse", "Excessive Force" and Failing to intervene during the act of excessive force

when (But not limited to)

1) The reports wrote by each defendant

2) The report contradicting their reports by the doctor.

3) Defendants wrongful actions alleged herein are in violation of 42 U.S.C. 1983 because they deprived Plantiff of Rights, Benefits, and Privileges secured by the United States Constitution.

4) The Defendants Conduct demonstrates they acted in Deliberate Indiffence to Plantiffs 8th Amendment Rights

5) Defendants were willful, intetional, malicious, and consciously disregarded Plantiffs Health and Safety, and Rights which entitles him to Exemplary Damages.

## VI
## Prayer For Relief

Wherefore, Plaintiff respectfully prays this Court;

A) Issue a Declaratory Judgement that Defendants actions violated Plantiffs Rights under the United States Constitution.

B) Award Plantiff Monetary Damages as follows

1) $25,000 from each Defendant in Compensatory Nominal

damages.

2) $100,000 from each defendant in Compensatory ~~punitive~~ damages.

3) $200,000 from each defendant in the form of punitive damages.

4) $500,000 total from all defendants in (PLRA) damages.

4) Award plantiff cost of Suit and Reasonable Attorney fees.

5) Grant Plantiff any other further relief that the court deems just, and proper.


Dated 5-25-17


Respectfully Submitted,

m. allen

Michael Allen, Plantiff,

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Michael Allen, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

C.S.P-Sacramento
P.o. Box 290066
Represa, Ca 95671

On, 5-25-17, I served the following documents:

42USC 1983 Civil complaint

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. U.S.D.C
   Eastern District of Ca
   Office of The Clerk
   501 I Street suite 4-200
   Sacramento, Ca 95814-2322

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of May, 2017, at California State Prison - Sacramento, Represa, California.

(Signature) MD allen