UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DeWAYNE ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>B. JONES, et al.,<br><br>    Defendants. | No. 2: 17-cv-1144 KJN P<br><br><br><u>ORDER</u> |

    Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2017, the undersigned referred this action to the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 21.) The court ordered the parties to file, within thirty days, the attached notice informing the court whether they waived disqualification for the undersigned to hold the settlement conference. (<u>Id.</u>)

    Thirty days passed from December 12, 2017, and plaintiff did not file the notice regarding the settlement judge or otherwise respond to the December 12, 2017 order. On January 12, 2018, counsel for defendants filed the notice regarding the settlement judge. (ECF No. 23.)

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to respond to the December 12, 2017 order; failure to respond to the instant order will result in a recommendation of dismissal of this action.

Dated: January 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

All1144.ord

kc